IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA ALYCIA LACY-CURRY,<br><br>       Plaintiff.<br><br>   v.<br><br>ALAMEDA COUNTY SOCIAL SERVICES AGENCY, et al.,<br><br>       Defendants. | No. C 05-0453 SBA<br><br>**ORDER** |

On November 3, 2005, Plaintiff, on the one hand, and Defendants Alameda County Social Services Agency and Lawanda Martin, on the other, filed a Stipulation and Proposed Order to Continue the Case Management Conference Date ("Stipulation"). In the Stipulation, Plaintiff, the Alameda County Social Services Agency, and Lawanda Martin request that the Court continue the Case Management Conference until after the hearing on the Alameda County Social Services Agency and Lawanda Martin's Motion to Dismiss and Motion to Strike. However, the Court notes that the Alameda Superior Court and Reed Seiden, who are also currently named parties in the instant litigation, have not joined in the Stipulation.

Accordingly,

IT IS HEREBY ORDERED THAT the Stipulation is DENIED. <u>All</u> parties shall appear for a telephonic Case Management Conference on **Thursday, December 1, 2005 at 3:45 p.m.** All parties shall **<u>meet and confer</u>** prior to the conference and shall prepare a joint Case Management Conference Statement **which shall be filed no later than <u>November 18, 2005</u>**. The Case Management Conference Statement shall specifically address whether the parties in this action consent to a Magistrate Judge. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All

1 parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

2    IT IS SO ORDERED.

4 Dated: November 7 , 2005                                  _____
                                                           Saundra Brown Armstrong
                                                           United States District Judge

**United States District Court**
For the Northern District of California